In the Matter of Louis J. MANNER, Bankrupt, Flossie Manner, Appellant.

(Circuit Court of Appeals, Second Circuit. December 22, 1925.)

No. 172.

Appeal from the District Court of the United States for the Western District of New York.

Layton H. Vogel, of Buffalo, N. Y., for appellant.

Ward B. Arbury, of Buffalo, N. Y., for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Order (11 F.[2d] 286) affirmed in open court.